(152 App. Div. 884.)

## PEOPLE v. DAVIS.

(Supreme Court, Appellate Division, First Department.  July 11, 1912.)

CRIMINAL LAW (§ 1023*)—APPEAL—DECISIONS REVIEWABLE.

Where sentence is suspended, and no judgment is rendered, there can be no appeal from the conviction.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2583–2598; Dec. Dig. § 1023.*]

Appeal from Court of Special Sessions, New York County.

Joseph Davis was convicted of crime, and he appeals.  On motion to dismiss appeal.  Appeal dismissed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

Robert C. Taylor, Asst. Dist. Atty., of New York City, for the motion.

Lester W. Eisenberg, of New York City, opposed.

PER CURIAM.  In this case sentence was suspended by the court, and no judgment was ever rendered.  Thereafter, and on June 24, 1912, a notice of appeal to this court was served.  As the sentence was suspended there was no judgment of conviction, and it was held in People v. Flaherty, 126 App. Div. 65, 110 N. Y. Supp. 699, and People v. Markham, 114 App. Div. 387, 99 N. Y. Supp. 1092, that there could be no appeal from a conviction in the absence of a judgment.

The motion is therefore granted, and the appeal dismissed.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes